FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-66-MHT |
| | ) | [21 USC 841(a)(1)] |
| BOBBY STOKES, JR. and | ) | |
| AMBER DESIREE FREDERICK | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 29TH day of March 2007, in Montgomery County, within the Middle District of Alabama,

BOBBY STOKES, JR., and
AMBER DESIREE FREDERICK,

defendants herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of cocaine base, more commonly referred to as "crack cocaine", a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

[signature]

[signature]
LEURA G. CANARY
UNITED STATES ATTORNEY

[signature]
TOMMIE BROWN HARDWICK
Assistant United States Attorney

SCANNED