IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:07cr66-002-MHT |
| ) | |
| AMBER DESIREE FREDERICK ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>April 18, 2007</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>**AMBER DESIREE FREDERICK**</u> before the United States District Court at 4B Courtroom, on the <u>18th</u> day of April, 2007, at 10:30 a.m..

DONE, this the <u>5th</u> day of April, 2007.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _/s/_
Deputy Clerk