IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case NO.2:07cr66-0002-MHT |
| AMBER DESIREE FREDERICK, | * | |
|     Defendant. | * | |

**NOTICE OF APPEARANCE OF COUNSEL**

Comes now Paul R. Cooper and hereby gives notice of his appearance as counsel for Defendant Amber Desiree Frederick.

                                S/Paul R. Cooper
                                Paul R. Cooper
                                COOPER & COOPER
                                12 Scott Street
                                Montgomery, AL 36104
                                Phone: (334)262-4887
                                Fax:   (334)262-4880
                                E-mail: prc@cooperandcooperlaw.com
                                ASB-1152-R78P

**CERTIFICATE OF SERVICE**

I hereby certify that on the April 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

1

system which will send notification of such filing to the following: Tommie Hardwick, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants: Howard Greenberg .

Respectfully Submitted,

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P