IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 3:07cr66-MHT |
| ) | |
| AMBER DESIREE FREDERICK ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on April 27, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Amber Desiree Frederick from April 30, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Neill Thompson/DEA; Devin Whittle, DEA; and Eddie Spivey, HIDTA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with her.

DONE this 27th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE