```
          IN THE UNITED STATES DISTRICT COURT OF
                MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

```
UNITED STATES OF AMERICA,      *
     PLAINTIFF,                *
                               *
vs.                            *      CASE NO. 2:07cr66-MHT
                               *
AMBER DESIREE FREDERICK,       *
     DEFENDANT.                *
```

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW AMBER DESIREE FREDERICK, by her counsel, Paul R. Cooper, and hereby gives notice of intent to change her plea to guilty.

```
                         S/Paul R. Cooper
                         Paul R. Cooper
                         COOPER & COOPER
                         12 Scott Street
                         Montgomery, AL 36104
                         Phone: (334)262-4887
                         Fax:   (334)262-4880
                         E-mail: prc@cooperandcooperlaw.com
                         ASB-1152-R78P
```

### CERTIFICATE OF SERVICE

I hereby certify that on the May 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: TOMMIE BROWN-HARDWICK, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104 and I hereby

certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

                                                Respectfully Submitted,

                                                S/Paul R. Cooper  
                                                Paul R. Cooper  
                                                COOPER & COOPER  
                                                12 Scott Street  
                                                Montgomery, AL 36104  
                                                Phone: (334)262-4887  
                                                Fax:  (334)262-4880  
                                                E-mail: prc@cooperandcooperlaw.com  
                                                ASB-1152-R78P