IN THE DISTRICT COURT OF UNITED STATES
FOR THE MIDDLE DISTRICT
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| vs. | CR. NO. 2:07cr66-MHT |
| | * |
| AMBER DESIREE FREDERICK, | * |
| DEFENDANT. | * |

## MOTION FOR APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT, 18 UNITED STATES CODE §3006A

Comes now the, the Defendant, AMBER DESIREE FREDERICK, and moves for appointment of counsel under the Criminal Justice Act, 18 U.S.C. §3006A. As grounds, he states as follows:

1. On or about January 30, 2008, Defendant filed a CORRECTED MOTION FOR RETROACTIVE REDUCTION OF SENTENCE PURSUANT TO THE UNITED STATES SENTENCING GUIDELINES AND 18 U.S.C. §3582(c)(2) for the retroactive reduction of her sentence under 18 U.S.C. §3582(c)(2) due to the amendment of the sentencing guidelines in regard to cocaine base.

2. Defendant is presently incarcerated under a federal sentence and is without funds to pay for her attorney

Wherefore, these premises considered, Defendant requests the following relief:

1. That Paul R. Cooper be appointed under the Criminal

1

Justice Act to be her attorney on this matter.

Dated this  day 7 day of February 2008.

<p style="padding-left: 40%">
S/Paul R. Cooper<br>
Paul R. Cooper<br>
COOPER & COOPER<br>
12 Scott Street<br>
Montgomery, AL 36104<br>
Phone: (334)262-4887<br>
Fax:   (334)262-4880<br>
E-mail: prc@cooperandcooperlaw.com<br>
ASB-1152-R78P
</p>

**CERTIFICATE OF SERVICE**

I hereby certify that on the February 7, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: TOMMIE BROWN HARDWICK, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

Respectfully Submitted,
S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com

2