**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

February 8, 2008

# NOTICE OF DEFICIENCY

**To:** Paul Cooper

**From:** Clerk's Office

**Case Style:** USA vs. Amber Desiree Frederick

**Case Number:** 2:07-cr-66-002-MHT

**Referenced Pleading:** Document #68
Motion for Appointment of Counsel

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading was filed with the incorrect defendant name in the body of the pleading.**

**Please send the corrected document to the clerk's office for replacement.**