IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: PETITIONS FOR ) | |
| RETROACTIVE APPLICATION OF ) | MISC NO. |
| NOVEMBER 1, 2007 AMENDMENT ) | 2:08mc3406-MEF |
| TO CRACK COCAINE OFFENSE ) | |
| LEVEL GUIDELINES ) | |

## ORDER

Misc. No. 2:08mc3406-MEF, entered March 6, 2008, is VACATED. Appointment of counsel in these cases will be addressed by the presiding judge on a case-by-case basis.

SO ORDERED on this the 13th day of March, 2008.

_____
MARK E. FULLER
Chief United States District Judge

# *NOTICE*

Please note that this order vacates any prior appointment of counsel. The Court will address any previously filed Motion for Appointment of Counsel in a future order. Any CJA voucher previously issued is cancelled and should be returned to the Court.